# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DANIEL TUCKER HAMILTON

NO. 2021 KW 0464

**JULY 6, 2021**

---

In Re:    Daniel Tucker Hamilton, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 576714.

---

**BEFORE:    WHIPPLE, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

**VGW**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT